IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BEVERLY SIMMONS,

    Plaintiff,

vs.         CASE NO.: 4:06cv475-SPM/WCS

WAL-MART STORES, INC.,

    Defendant.

_____/

## ORDER REMANDING CASE

Upon consideration of Plaintiff's amended motion to remand (doc. 5) and Defendant's response (doc. 6) consenting to the remand of this case to state court, it is

ORDERED AND ADJUDGED:

1. This case is remanded to the Circuit Court of the Second Judicial Circuit in an for Leon County, Florida.

2. Each side shall bear its own attorney fees and costs related to the removal and remand of this case.

DONE AND ORDERED this 30th day of October, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge